IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHIL DEGGINGER, | : | |
| Plaintiff. | : | |
| | : | CIVIL NO. 11-06600 |
| v. | : | |
| | : | |
| JOHN WILEY & SONS INC., | : | |
| Defendant. | : | |

## **ORDER**

AND NOW, this 24th day of September, 2014, the Court AMENDS its Order of September 4, 2014 (Dkt. No. 98). Due to the factual issues that the record currently reflects, it is hereby ORDERED that Plaintiff Phil Degginger's Motion for Partial Summary Judgment (Dkt. No. 77) as to Complaint Rows 8, 9, 19, 20, 33, 35, and 38 is DENIED.

Plaintiff Phil Degginger's Unopposed Motion for Partial Reconsideration (Dkt. No. 100) is hereby DENIED as MOOT.

This matter remains referred to Magistrate Judge Lynne A. Sitarski for settlement purposes.

BY THE COURT:

/s/ C. Darnell Jones, II

_____

C. DARNELL JONES, II, U.S.D.J.